# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COLLIS D. MANTIN,<br><br>         Plaintiff,<br><br>vs.<br><br>MACIES STORE, et al.,<br><br>         Defendants. | Case No. 2:17-cv-02842-APG-NJK<br><br>**REPORT AND RECOMMENDATION** |

On January 8, 2018, the Court denied without prejudice Plaintiff's application to proceed *in forma pauperis*. Docket No. 4. The Court ordered Plaintiff to either pay the filing fee or file a completed application to proceed *in forma pauperis*, no later than February 7, 2018. *See id.* at 2. The Court expressly warned Plaintiff that "[f]ailure to comply with any portion of this Order will result in a recommendation to the district judge for dismissal of this action." *Id.* Notwithstanding that explicit warning, Plaintiff has not complied.

Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED** without prejudice.

Dated: April 9, 2018.

NANCY J. KOPPE
United States Magistrate Judge

## NOTICE

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.