UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COLLIS D. MANTIN,<br><br>           Plaintiff,<br><br>    v.<br><br>MACIES STORE, *et al.*,<br><br>           Defendants. | Case No. 2:17-cv-02842-APG-NJK<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF. No. 6) |

      On April 9, 2018, Magistrate Judge Koppe entered a report and recommendation that I dismiss this case without prejudice because plaintiff Collis Mantin did not pay the filing fee or file a completed application to proceed in forma pauperis by February 7, 2018, as ordered. ECF No. 6. Mantin did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

      IT IS THEREFORE ORDERED that Judge Koppes's report and recommendation **(ECF No. 6) is accepted**. Plaintiff Collis Mantin's complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

      DATED this 30th day of April, 2018.

                                                        ANDREW P. GORDON
                                                        UNITED STATES DISTRICT JUDGE